# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE
SUITE 130, 401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

RECVD 22 MAR '12 11:01 USDC-ORP

March 19, 2012

Clerk's Office                                           **SEALED**
Mark O. Hatfield United States Courthouse
District of Oregon, Portland Division
1000 Southwest Third Avenue, Room 740
Portland, OR 97204-2802

RE:  USA v. Elyzabeth Morgana Leitner
Your case number:  11-cr-102-RE
Arizona case number:  12-00176M-001

Dear Clerk of the Court:

The above charge originated in your district. The defendant has appeared before Magistrate Judge Michelle H. Burns in Phoenix, Arizona. The following action has been taken.

☒    U S MARSHAL HAS BEEN ORDERED TO REMOVE THE DEFENDANT TO THE CHARGING DISTRICT.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.azd.uscourts.gov. Any documents not available electronically are enclosed in paper format along with a copy of the docket sheet and either the Order to Appear or the Commitment to Another District.

Please acknowledge receipt on the enclosed copy of this letter and return to the Phoenix office.

Sincerely,

BRIAN D. KARTH,
CLERK OF COURT/DISTRICT COURT EXECUTIVE

Enclosure

cc: AUSA, AFPD, PTS

By: s/Sherise M. Hargrove
Sherise M. Hargrove
Deputy Clerk

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*

FILED 22 MAR '12 11:01 USDC-ORP

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| United States of America | ) | **SEALED** |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 12-00176M |
|  | ) | |
| Elyzabeth Morgana Leitner | ) | Charging District's |
| *Defendant* | ) | Case No. 3:11-CR-102-02-RE |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of _____ Oregon _____,

*(if applicable)* _____ Portland _____ division. The defendant may need an interpreter for this language:

_____

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:   March 16, 2012

_____
*Judge's signature*

Michelle H. Burns, United States Magistrate Judge
*Printed name and title*

2012 MAR 16 PM 2:41   RECEIVED US MARSHALS SERVICE DISTRICT OF PHOENIX

I hereby attest and certify on __3-19-12__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

cc: AUSA/Def Cnsl/PTS          By ___S. Burgess___   Deputy

FILED 22 MAR '12 11:01 USDC-ORP

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

MAR 1 6 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America )
v. ) Case No. 12-176 M
)
ELYZABETH MORGANA LEITNER ) Charging District's Case No. 11-CR-102-RE
Defendant )

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

DISTRICT OF OREGON

I understand that I have been charged in another district, the *(name of other court)* PORTLAND DIVISION

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3/16/2012

*Defendant's signature*

I hereby attest and certify on 3-19-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

*Signature of defendant's attorney*

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

LORNA A. SPENCER
*Printed name of defendant's attorney*

cc: AUSA/Def. Cnsl

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 3/16/2012     CASE NUMBER: 12-00176M-001     FILED 22 MAR '12 11:01 USDC-ORP
**SEALED**

USA vs. Elyzabeth Morgana Leitner

U.S. MAGISTRATE JUDGE: MICHELLE H. BURNS #: 70BT

A.U.S. Attorney Jennifer Levinson for Vincent Kirby     INTERPRETER_____
         LANGUAGE_____
Attorney for Defendant Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT    ☐ NOT PRESENT    ☒ CUSTODY

DOA 3/15/2012     ☐ Initial Appearance     ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken     ☐ Defendant Sworn     ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)     ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for: RESERVED FOR
Before: PROSECUTING DISTRICT
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
    ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☒ Waived
Set for:
Before:

☒ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Identity/DH
☒ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: _____

         Recorded by Courtsmart
         BY: Kathy Lara
         Deputy Clerk

SH: 2 mins.
ID: 1 min.

cc: AUSA/Def Cnsl/PTS/USMS

I hereby attest and certify on 3-19-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy

**UNITED STATES DISTRICT COURT**          **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Phoenix**

DATE: 3/15/2012     CASE NUMBER: 12-00176M-001     FILED 22 MAR '12 11:01 USDC-ORP
**SEALED**

USA vs. Elyzabeth Morgan Leitner

U.S. MAGISTRATE JUDGE: MICHELLE H. BURNS #: 70BT

A.U.S. Attorney Vincent Kirby      INTERPRETER _____
     LANGUAGE _____
Attorney for Defendant Lorna Spencer (AFPD)

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 3/15/2012
☒ Initial Appearance    ☒ Appointment of counsel hearing held
☒ Financial Afdvt taken    ☐ Defendant Sworn    ☐ Financial Afdvt sealed
☒ Rule 5(c)(3)    ☒ **Defendant states true name to be ELYZABETH MORGANA LEITNER. Further proceedings ORDERED in Defendant's true name.**

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Submitted ☐ Reset |
| Set for: | ☐ Waived |
| Before: | Set for: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released _____ | ☐ Warrant of removal issued. |
| ☐ Defendant continued detained pending trial ☐ Flight risk ☐ Danger | |
| PRELIMINARY HEARING: | STATUS HEARING: re: Identity/Detention Hrgs |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Reset |
| ☐ Waived | |
| Set for: | Set for: 3/16/2012 at 2:00 PM |
| Before: | Before: MAGISTRATE JUDGE BURNS |
| ☐ Probable cause found ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: _____

Recorded by Courtsmart
BY: Kathy Lara
Deputy Clerk

I hereby attest and certify on 3-19-12 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

IA: 3 mins.

cc: AUSA/Def Cnsl/PTS/USMS

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:12-mj-00176-MHB-1 *SEALED*
#### Internal Use Only

Case title: USA v. Leitner                                Date Filed: 03/15/2012
Other court case number: 11 CR 102-RE District of Oregon  Date Terminated: 03/19/2012

---

Assigned to: Magistrate Judge Michelle H Burns

### Defendant (1)

**Elyzabeth Morgana Leitner**            represented by **Lorna A Spencer**
*TERMINATED: 03/19/2012*                                Federal Public Defenders Office -
also known as                                           Phoenix
Elyzabeth Morgan Leitner                                850 W Adams St., Ste. 201
*TERMINATED: 03/19/2012*                                Phoenix, AZ 85007
                                                        602-382-2700
                                                        Fax: 602-382-2800
                                                        Email: Lorna_Spencer@fd.org
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Public Defender or*
                                                        *Community Defender Appointment*

### Pending Counts                                      **Disposition**
None

### Highest Offense Level (Opening)
None

### Terminated Counts                                   **Disposition**
None

### Highest Offense Level (Terminated)
None

### Complaints                                          **Disposition**
21:841(a)(1), (b)(1)(C) and 846 -
Conspiracy to Possess with Intent to
Distribute Oxycodone; Possession with
Intent to Distribute Oxycodone;
Attempt to Obtain Controlled Substance
by Fruad; Obtaining Controlled

Substance by Fraud; Conspiracy to
Possess with Intent to Use Five or More
Identification Documents

**Plaintiff**

USA                                    represented by **Vincent Quill Kirby**
                                                      US Attorneys Office - Phoenix, AZ
                                                      2 Renaissance Square
                                                      40 N Central Ave., Ste. 1200
                                                      Phoenix, AZ 85004-4408
                                                      602-514-7500
                                                      Fax: 602-514-7650
                                                      Email: Vincent.Kirby@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2012 | 1 | Arrest (Rule 5) of Elyzabeth Morgan Leitner (MAP) (Entered: 03/15/2012) |
| 03/15/2012 | 2 | *SEALED* Minute Entry for proceedings held before Magistrate Judge Michelle H Burns: Initial Appearance in Rule 5(c)(3) Proceedings as to Elyzabeth Morgan Leitner held on 3/15/2012. FINANCIAL AFFIDAVIT TAKEN. Appointment of Counsel hearing held. Appointing Lorna A Spencer (AFPD). Defendant states true name to be ELYZABETH MORGANA LEITNER. Further proceedings ORDERED in Defendant's true name. Status Conference re Identity/Detention Hearings set for 3/16/2012 at 02:00 PM before Magistrate Judge Michelle H Burns. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS/USMS) (MAP) (Entered: 03/16/2012) |
| 03/15/2012 | 3 | (Court only) CJA 23 Financial Affidavit by Elyzabeth Morgana Leitner (MAP) (Entered: 03/16/2012) |
| 03/16/2012 | 4 | *SEALED* Minute Entry for proceedings held before Magistrate Judge Michelle H Burns: Status Conference re Identity/DH as to Elyzabeth Morgana Leitner held on 3/16/2012. Rule 5(c)(3) Identity Hearing Waived on 3/16/2012. Warrant of Removal Issued. (Recorded by COURTSMART.) (cc: AUSA/Dft's Cnsl/PTS/USMS) (MAP) (Entered: 03/19/2012) |
| 03/16/2012 | 5 | WAIVER of Rule 5 & 5.1 Hearing by Elyzabeth Morgana Leitner (cc: AUSA/Dft's Cnsl) (MAP) (Entered: 03/19/2012) |
| 03/19/2012 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Elyzabeth Morgana Leitner. Defendant Committed to District of Oregon. Signed by Magistrate Judge Michelle H Burns on 3/16/12. (cc: AUSA/Dft's Cnsl/PTS) (MAP) (Entered: 03/19/2012) |
| 03/19/2012 |  | (Court only) ***Terminated defendant Elyzabeth Morgana Leitner, pending deadlines, and motions., ***Complaint counts moved to P99 Elyzabeth Morgana Leitner (1) Count Complaint., (MAP) (Entered: |

| | | 03/19/2012) |

I hereby attest and certify on __3-19-12__
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my custody.

**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF ARIZONA**

By __S. Hawgrove__ Deputy